UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORTHEA JOHNSON, et al.,

    Plaintiffs,

v.

FCA US, LLC

    Defendant.

Case No. 20-cv-12690
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING DEFENDANT'S MOTION TO DISMISS (ECF No. 10) AS MOOT

On December 14, 2020, Defendant FCA US, LLC filed a motion to dismiss the claims brought against it in Plaintiffs' Class Action Complaint. (*See* Mot. to Dismiss, ECF No. 10.)  After FCA filed that motion, Plaintiffs filed a First Amended Class Action Complaint. (*See* First Am. Compl., ECF No. 14.)  And FCA has now filed a motion to dismiss with respect to the claims raised in that amended pleading. (*See* Mot. to Dismiss, ECF No. 16.)  Accordingly, FCA's initially-filed motion to dismiss is now moot.  The Court therefore **TERMINATES** that motion (ECF No. 10) **WITHOUT PREJUDICE AS MOOT**.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 28, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
