UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORTHEA JOHNSON, *et al.*,

    Plaintiffs,

v.

    Case No. 20-cv-12690
    Hon. Matthew F. Leitman

FCA USA, LLC,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS (ECF No. 96)

On October 28, 2024, the Court held a hearing on Defendant FCA USA, LLC's motion to dismiss Plaintiffs' Second Amended Class Action Complaint. (*See* Mot., ECF No. 96.) For the reasons explained on the record during the motion hearing, the motion is **DENIED**.

As further discussed on the record, the parties shall conduct and complete all discovery in this action by no later than **March 3, 2025**.

Finally, FCA shall file its summary judgment motion by no later than **April 7, 2025**.

    **IT IS SO ORDERED**.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: October 30, 2024

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2024, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5126