UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORTHEA JOHNSON, *et al.*,

    Plaintiffs,

v.

Case No. 20-cv-12690
Hon. Matthew F. Leitman

FCA USA, LLC,

    Defendant.
_____/

**ORDER (1) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 106) AND (2) DENYING DEFENDANT'S MOTION FOR SANCTIONS WITHOUT PREJUDICE (ECF No. 107)**

On November 3, 2025, the Court held a hearing on two motions that Defendant FCA US LLC has filed: (1) a motion for summary judgment (ECF No. 106) and (2) a motion for sanctions arising out of the trade-in of Plaintiff Matthew Schrader's vehicle (ECF No. 107). For the reasons explained on the record, the motions are resolved as follows:

- FCA's motion for summary judgment (ECF No. 106) is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** with respect to Plaintiffs' express warranty claims and Plaintiff Justin Rudick's claim under the Arizona Consumer Fraud Act. Those claims are **DISMISSED**. The motion is **DENIED** with

1

respect to Plaintiff Matthew Schrader's claim under the Texas Deceptive Trade Practices Act. That is the sole claim remaining in the case at this time.

- FCA's motion for sanctions (ECF No. 107) is **DENIED WITHOUT PREJUDICE**.

- The Court will hold a status conference in approximately 21 days to discuss a schedule, if necessary, for additional motion practice. No motions need be filed prior to that status conference. If the case has not resolved by the time of the status conference, the Court will set a schedule for the filing of (1) a renewed motion for sanctions by FCA and (2) motion(s) for reconsideration of this Order by either party.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 3, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 3, 2025, by electronic means and/or ordinary mail.

s/Tara Villereal
Case Manager