UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DORTHEA JOHNSON, et al.,

      Plaintiffs,

v.

FCA USA, LLC,

      Defendant.

Case No. 20-cv-12690
Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Dismissal by the parties, this case is DISMISSED with prejudice as to the Plaintiffs' individual claims and without prejudice as to the putative class claims.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 20, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126